In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 25-11042

————————————

JOHN T. WILLIAMS,

Plaintiff-Appellant,

*versus*

UNKNOWN FEDERAL AGENTS OF THE
UNITED STATES MARSHALS SERVICE,
UNKNOWN FEDERAL AGENTS OF THE
FEDERAL BUREAU OF INVESTIGATION,
UNKNOWN OFFICIALS OF THE U.S.
DEPARTMENT OF JUSTICE,

Defendants-Appellees.

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-01256-MHC

————————————

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 24, 2025

For the Court: DAVID J. SMITH, Clerk of Court